**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

KENNETH PAUL BRIGGS, II,

                              Plaintiff,                    5:25-cv-826
                                                   (ECC/ML)

v.

FRANK BISIGNANO,
*Commissioner of Social Security*,

                              Defendant.

---

**Hon. Elizabeth C. Coombe, United States District Judge:**

## ORDER

The request by the parties for an order to remand pursuant to Sentence 4 of 42 U.S.C. §405(g), Dkt. No. 13, is **GRANTED**; and it is further

**ORDERED** that the final decision of the Commissioner is REVERSED and the matter is **REMANDED** to the Defendant so that further administrative action may be taken including that a new hearing will be offered, action will be taken to complete the administrative record, further consideration will be given to the severity of Plaintiff's impairments, including carpal tunnel syndrome, further consideration will be given to Plaintiff's maximum residual functional capacity and appropriate rationale with specific references to evidence of record in support of the assessed limitations will be provided, and a new decision with be issued, and is further

**ORDERED** that this matter is **DISMISSED** consistent with *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Dated: April 2, 2026

                                                                  Elizabeth C. Coombe
                                                                   U.S. District Judge